UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 19-7459-DMG (JCx)** | Date | March 9, 2020 |
| Title | *Robert Quintero v. Miller Milling Company, LLC* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE**

On October 10, 2019, the Court ordered the parties participate in a mediation conference by February 7, 2020. [Doc. # 16.]  As required by the Court's October 10, 2019 Order, a joint status report re settlement was due seven (7) days after the mediation conference.  To date, a joint status report re settlement has not been filed.

IT IS HEREBY ORDERED that the parties show cause in writing no later than **March 16, 2020**, why sanctions should not be imposed for failure to comply with the Court's Order. The filing of a joint status report re settlement by the deadline will be deemed a satisfactory response.

IT IS SO ORDERED.